UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSIE LEE VILLA, | ) |
| | ) |
| Petitioner, | ) |
| | )   CIVIL ACTION NO. |
| VS. | ) |
| | )   3:06-CV-1482-G |
| SHERIFF LUPE VALDEZ, | ) |
| Dallas County, Texas, | )   **ECF** |
| | ) |
| Respondent. | ) |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

October 10, 2006.

_____
A. JOE FISH
CHIEF JUDGE